James WARD, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 67426.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 1, 1995.

Nancy L. Vincent, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

*ORDER*

PER CURIAM.

Movant appeals from the motion court's denial of his Rule 24.035 motion for postconviction relief without an evidentiary hearing. The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).